## JULIO CENTENO COLON *v.* COMMISSIONER OF CORRECTION
### (AC 29312)

Lavine, Beach and Hennessy, Js.

Argued October 19—officially released November 3, 2009

Per Curiam. The appeal is dismissed.